IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02369-TPO

JOSE HUMBERTO CRUZ ESCOBAR,

Petitioner,

v.

JUAN BALTAZAR,
Warden of Denver Contract Detention Facility;
GEORGE VALDEZ,
Acting Field Office Director of the Denver Field Office,
U.S. Immigration and Customs Enforcement;
DAVID J. VENTURELLA,
Acting ICE Director;
MARKWAYNE MULLIN,
Secretary, U.S. Department of Homeland Security; and
TODD BLANCHE,
U.S. Attorney General;

in their official capacities,

Respondents.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on November 9, 2026**

This Court had granted Petitioner habeas corpus relief and had ordered the Respondents to conduct a bond hearing. ECF 9. The Respondents held the bond hearing but denied Petitioner bond. Petitioner then filed a Motion to Enforce [ECF 11] arguing that the bond "hearing did not comply with this Court's order because the IJ failed to conduct a constitutionally adequate proceeding." ECF 11 at 2. Petitioner sought relief in the form of immediate release. This Court set a hearing on Petitioner's Motions to Enforce. ECF 22.

The Parties now ask to vacate the Motion Hearing. ECF 23. The Parties "agree that the appropriate relief here is an order . . . directing Petitioner's release on conditions to be set by the Department of Homeland Security." *Id.* at 4.

In light of Respondents' agreement to release, the Motion to Enforce [ECF 11] and related Motions [ECF 16 and ECF 18] are **granted**.

**Respondents shall release Petitioner as soon as practicable but no later than November 12, 2026.** Respondents shall release Petitioner on conditions to be set by the Department of Homeland Security consistent with the Parties' agreement as expressed in the Motion [ECF 23] and the briefing.

The Parties shall file a Status Report by **November 16, 2026**, certifying compliance with this Order and confirming Petitioner's release. Assuming that Petitioner is released as ordered, the Court will close the case.

The Joint Motion to Vacate [ECF 23] is **granted**. The Motion Hearing on November 10, 2026 is **vacated**.